1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

ALAN SASSEVILLE,

Case No. 2:15-cv-01618-JCM-PAL

8

Plaintiff,

ORDER

9

v.

10

EXPERIAN   INFORMATION   SOLUTIONS, INC.

11
12

Defendants.

13          Before the court is the Notice of Settlement Between Plaintiff and Experian Information

14   Solutions, Inc. (Dkt. #13). The parties advise that a settlement has been reached and that a

15   stipulation to dismiss should be filed within 60 days.  Accordingly,

16          **IT IS ORDERED** that Plaintiff and Defendant Experian Information Solutions, Inc. shall

17   have until **April 12, 2016,** to file a stipulation to dismiss, or a joint status report advising when

18   the stipulation to dismiss will be filed.

19          DATED this 22nd day of February, 2016.

20
21

PEGGY A. LEEN

22

UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

1